**Order entered May 16, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-00130-CV

**SUSAN ASHTON, Appellant**

**V.**

**KOONSFULLER, P.C., Appellee**

**On Appeal from the 95th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-12-05346**

## ORDER

We **GRANT** appellant's May 12, 2016 unopposed second motion for an extension of time to file a brief and extend the time to **MAY 23, 2016**. We caution appellant that no further extension will be granted absent extenuating circumstances.

/s/     ELIZABETH LANG-MIERS
          JUSTICE